STATE OF NEW JERSEY v. PAUL TOWNSEND.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND SANCHEZ.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK GABRIELE.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DARSELL WILLIAMS.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. PETER FOSTER.

September 6, 1989.

Petition for certification denied.